# **Exhibit 1**

## Schedule A

| No. | Platform | Defendant Name / Alias | Listing URL |
|---|---|---|---|
| 1 | Amazon | ANGEL QUEEN OFFICE CHAIR | https://www.amazon.com/dp/B0DY1WD8VL |
| 2 | Amazon | BENGBUM | https://www.amazon.com/dp/B0DRY9ZP4H |
| 3 | Amazon | Bennsongs | https://www.amazon.com/dp/B0DPMSTJ43 |
| 4 | Amazon | Canodr | https://www.amazon.com/dp/B0DRZG8GQL |
| 5 | Amazon | CAROTUPY | https://www.amazon.com/dp/B0DRD3TXRK |
| 6 | Amazon | CCTech Tools | https://www.amazon.com/dp/B0DQL7XFCW |
| 7 | Amazon | Comborte | https://www.amazon.com/dp/B0F4Z8XJ5Y |
| 8 | Amazon | Constar International | https://www.amazon.com/dp/B0DT9LSY83 |
| 9 | Amazon | Elegance & Charm | https://www.amazon.com/dp/B0F2HHXBJG |
| 10 | Amazon | Fancihomki | https://www.amazon.com/dp/B0DPWV6PPG |
| 11 | Amazon | fanzhaoshangmao | https://www.amazon.com/dp/B0F2T1824G |
| 12 | Amazon | Fexuchin US | https://www.amazon.com/dp/B0DRSD7SWY |
| 13 | Amazon | Goodyang | https://www.amazon.com/dp/B0DPFDSSPS |
| 14 | Amazon | GSDOXLE US | https://www.amazon.com/dp/B0DNFT1LXT |
| 15 | Amazon | hengjiekeji | https://www.amazon.com/dp/B0DZT357BM |
| 16 | Amazon | HFtv | https://www.amazon.com/dp/B0F1DGT48P |
| 17 | Amazon | Innovation Founder | https://www.amazon.com/dp/B0DKSVZVFR |
| 18 | Amazon | IOX GARDEN | https://www.amazon.com/dp/B0F5QKQVSK |
| 19 | Amazon | Jectse us | https://www.amazon.com/dp/B0DY1LVZ6M |
| 20 | Amazon | jingshangmei | https://www.amazon.com/dp/B0DS3Y6YPK |
| 21 | Amazon | Joy Pavilion | https://www.amazon.com/dp/B0F2H9FMNV |
| 22 | Amazon | Joytrace Parts | https://www.amazon.com/dp/B0DPWK3V8Z |
| 23 | Amazon | JYYJGJJ | https://www.amazon.com/dp/B0F7H7J8HG |
| 24 | Amazon | LASIEYO-NA | https://www.amazon.com/dp/B0DRXG99Z2 |
| 25 | Amazon | Linhdinh | https://www.amazon.com/dp/B0DTHXCMX7 |
| 26 | Amazon | Linxinto | https://www.amazon.com/dp/B0F24WQ2BF |
| 27 | Amazon | Luocute | https://www.amazon.com/dp/B0F9FT8LKL |
| 28 | Amazon | LYangHH | https://www.amazon.com/dp/B0F2GT3RNK |
| 29 | Amazon | LYUHUYA | https://www.amazon.com/dp/B0DRVFJGL2 |
| 30 | Amazon | marmaladeds | https://www.amazon.com/dp/B0F29H1B6R |
| 31 | Amazon | meiyindy | https://www.amazon.com/dp/B0DP9728YV |
| 32 | Amazon | MeticulosoUS | https://www.amazon.com/dp/B0DP4R6LQR |
| 33 | Amazon | MinMi Diligence | https://www.amazon.com/dp/B0F2GSX6V2 |
| 34 | Amazon | pingluxianzixuandianzishangwuyouxiangongsi | https://www.amazon.com/dp/B0DQPKJFKZ |
| 35 | Amazon | QUHUAMAO | https://www.amazon.com/dp/B0DT4LV3YK |
| 36 | Amazon | RiuoRkie | https://www.amazon.com/dp/B0DZBCR74W |
| 37 | Amazon | RuYiKeJi | https://www.amazon.com/dp/B0DRCKC23M |
| 38 | Amazon | shanxinuomushangmaoyouxiangongsi | https://www.amazon.com/dp/B0DQ79S1SD |
| 39 | Amazon | Shemnque | https://www.amazon.com/dp/B0F4CG6Z6D |
| 40 | Amazon | Shuyi Tech | https://www.amazon.com/dp/B0DRN79K1R |

| | | | |
|---|---|---|---|
| 41 | Amazon | Sosher-US | https://www.amazon.com/dp/B0DRF81DQV |
| 42 | Amazon | Strade e-Store | https://www.amazon.com/dp/B0F2GN9M73 |
| 43 | Amazon | Strange Tools-US ⭐⭐⭐⭐⭐ | https://www.amazon.com/dp/B0DQ4L9RDF |
| 44 | Amazon | SXN online | https://www.amazon.com/dp/B0DQ79S1SD |
| 45 | Amazon | SYBELHOME | https://www.amazon.com/dp/B0DRWJWZPF |
| 46 | Amazon | taiyuanyunzhoushangmaoyouxiangongsi | https://www.amazon.com/dp/B0DQXYXBYP |
| 47 | Amazon | tanus | https://www.amazon.com/dp/B0F4YJNMPM |
| 48 | Amazon | taskihoume | https://www.amazon.com/dp/B0DPNN3L2D |
| 49 | Amazon | tesony store | https://www.amazon.com/dp/B0F1XD8V4W |
| 50 | Amazon | TUAJYUJ | https://www.amazon.com/dp/B0F4QNP97V |
| 51 | Amazon | Tuweaun-US | https://www.amazon.com/dp/B0F8MQSP2T |
| 52 | Amazon | Ufeel | https://www.amazon.com/dp/B0DXTZ429R |
| 53 | Amazon | Unition Made Trading | https://www.amazon.com/dp/B0DPTDLBFM |
| 54 | Amazon | V-ang | https://www.amazon.com/dp/B0DP7G3DN1 |
| 55 | Amazon | Vijayli us | https://www.amazon.com/dp/B0F4Z96TWZ |
| 56 | Amazon | xindawk | https://www.amazon.com/dp/B0F1J3YDN2 |
| 57 | Amazon | Xiongcai | https://www.amazon.com/dp/B0DRJ93FQL |
| 58 | Amazon | YFBF LLC | https://www.amazon.com/dp/B0DYV5HWYG |
| 59 | Amazon | ZHOUZEMALL | https://www.amazon.com/dp/B0DPKKXGBR |
| 60 | Amazon | zhw00 | https://www.amazon.com/dp/B0DNFJ78X1 |
| 61 | Amazon | zjchao | https://www.amazon.com/dp/B0DSVP86N2 |
| 62 | Temu | ACQ TOOL | https://www.temu.com/door-hinge-adjustment-tool-kit-4-in-1-hinge--adjusting-wrench-with-replacement-rounds-heavy-duty-door-hinge-tool-adjustment-tool-hinge-wrench-hinge-bender-for-residential-professional-g-601099948905440.html?_oak_mp_inf=EOCnt%2Ben1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCOq%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F16e74a51-150e-4605-a049-57e5664e69c3.jpg&spec_gallery_id=3783798072&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjIzNA&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 63 | Temu | Allsome | https://www.temu.com/-door-hinge-adjustment-tool-kit-4-size-precision-tool-set-with-replacement-rounds-heavy-duty-hinge--adjusting-wrench-door-adjustment-tool-hinge-bender-for-residential--g-601099756548752.html?_oak_mp_inf=EJDl2oun1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCKg%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fea3016c1-e3d3-4bc4-b597-4587046e6290.jpg&spec_gallery_id=2781654043&refer_page_sn=1 |

| | | | |
|---|---|---|---|
| | | | 0009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjI3Ng&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 64 | Temu | Allsome Local | https://www.temu.com/-door-hinge-adjustment-tool-kit-4-size-precision-tool-set-with-replacement-rounds-heavy-duty-hinge--adjusting-wrench-door-adjustment-tool-hinge-bender-for-residential--g-601101037235340.html?_oak_mp_inf=ElzZse6r1ogBGiA2YWE0YmIxNzgzMTA0YWY3OTMxNDViMjkwNmNhZmZiNSDiztn66jI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fea3016c1-e3d3-4bc4-b597-4587046e6290.jpg&spec_gallery_id=7215732171&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjYwMQ&search_key=4%20in%201%20Door%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1746698295953_zrultn9c8m&_x_sessn_id=ij09p0b65d&is_back=1&no_cache_id=yjbdn |
| 65 | Temu | Aurorarara | https://www.temu.com/hinge--adjusting-wrench-kit-4in-1-door-hinge-adjustment-tool-kit-hinge-bender-wrench-heavy-duty-painted-steel-profional-for-residential-and-commercial-door--g-601100922390886.html?_oak_mp_inf=EOaS0Ler1ogBGiA2YWE0YmIxNzgzMTA0YWY3OTMxNDViMjkwNmNhZmZiNSDjztn66jI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F4832a4a84c404e3b921b20a4662d3794-goods.jpeg&spec_gallery_id=6831873823&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NDQ2MA&search_key=4%20in%201%20Door%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1746698295953_zrultn9c8m&_x_sessn_id=ij09p0b65d&is_back=1&no_cache_id=ffn6u |
| 66 | Temu | BCQ TOOL | https://www.temu.com/door-hinge-adjustment-tool-set-hinge--adjusting-wrench-hinge-adjustment-tool-4-size-with-rubber-grip-hinge-bender-tool-upgrade-steel-repair-spanner-g-601100247856997.html?_oak_mp_inf=EOXu%2FFWo1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCKq%2BmH4TI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F9ecdb5af-d7fe-4da5-8667-329903029e1a.jpg&spec_gallery_id=5243245553&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTczOQ&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |

| | | | |
|---|---|---|---|
| 67 | Temu | CCQ TOOL | https://www.temu.com/hinge--adjusting-wrench-kit-heavy-duty-4-in-1-door-hinge-adjustment-tool-for-residential-and-commercial-use-durable-painted-steel-hinge-bender-wrench-with-rubber-grip-professional-adjustment-set-g-601100065678735.html?_oak_mp_inf=El%2FLjp%2Bo1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCDd%2FYyI4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F80a8a119-564c-41e3-b096-25b5366ba8f6.jpg&spec_gallery_id=4016288610&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTE0MA&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 68 | Temu | CHANG HENGK | https://www.temu.com/door-hinge-adjustment-tool-kit-hinge--adjustment-wrench-hinge-bending-tool-with-rubber-grip-size-4--steel-repair-wrench-door-hinge-tool-g-601099875972882.html?_oak_mp_inf=EJLu08Sn1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCDT%2B5Cl4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F9444db8d-d19f-4908-a84e-a2cc60d11bcc.jpg&spec_gallery_id=3354995477&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjMxMw&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 69 | Temu | CHGJ | https://www.temu.com/door-hinge-adjustment-tool-4in-1-hinge--adjusting-wrench-for-residential-and-commercial-hinges-bender-tools-adjustable-door-hinge-wrench-g-601100294262480.html?_oak_mp_inf=ENCdjoyp1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCClq%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F61024472-c7e3-4e85-8c4e-508138d165ab.jpg&spec_gallery_id=4943168992&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTQ4Nw&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 70 | Temu | Chosen Son YJG | https://www.temu.com/4-in-1-hinge--adjustment-wrench-kit-professional-door-repair-tool-with-heavy-duty-steel-bender-rubber-grip-handle-g-601099807741385.html?_oak_mp_inf=EMmrj6Sn1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCNq%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ff |

| | | | |
|---|---|---|---|
| | | | ancy%2Fa337890f-7069-4ffb-8705-f86a9eadf131.jpg&spec_gallery_id=2986566741&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjAzOQ&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 71 | Temu | DUODUOM | https://www.temu.com/door-hinge-adjustment-tool-kit-4in-1-hinge--adjusting-wrench-with-replacement-rounds-heavy-duty-door-hinge-tool-adjustment-tool-hinge-wrench-hinge-bender-for-residential-professional-g-601099876341954.html?_oak_mp_inf=EMKx6sSn1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCLq%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F46362dd7-c388-42ec-91f3-260e100f1ef4.jpg&spec_gallery_id=3528858644&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTQwNg&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 72 | Temu | GOGOE | https://www.temu.com/4-in-1-door-hinge--adjustment-wrench-with-rubber-grip-length-34-5cm-hinge-bender-hand-tool-for-14mm-25mm-hinges-sturdy-g-601099904171765.html?_oak_mp_inf=EPX9jNKn1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCLq%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F2f3a9ea9-161d-4c28-a2ee-a184c639a3be.jpg&spec_gallery_id=3539994223&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Mjg3Ng&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 73 | Temu | HyperNest | https://www.temu.com/hinge--adjusting-wrench-kit-4in-1-door-hinge-adjustment-tool-kit-hinge-bender-wrench-heavy-duty-painted-steel-professional-for-residential-and-commercial-door--g-601101122203207.html?_oak_mp_inf=EMfc85as1ogBGiA2YWE0YmIxNzgzMTA0YWY3OTMxNDViMjkwNmNhZmZiNSDiztn66jI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F9a1e846278ea4ddbac1863ce6c79288f-goods.jpeg&spec_gallery_id=7565782891&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTA3MQ&search_key=4%20in%201%20Door%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search |

| | | | |
|---|---|---|---|
| | | | _result&refer_page_id=10009_1746698295953_zrultn9c8m&_x_sessn_id=ij09p0b65d |
| 74 | Temu | Jovin | https://www.temu.com/4-in-1-door-hinge-adjustment-tool-set-professional-heavy-duty-painted-steel-wrench-with-rubber-handle-ideal-for-residential-commercial-use-commercial-door-hinge-adjustment-adjustable-door-hinge-tool-durable-door-hinge-adjuster-hinge-adjustment-tools-g-601100050457573.html?_oak_mp_inf=EOXH7Zeo1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCIq%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F4ec3dca6-16f1-4f03-8dda-4129420a620a.jpg&spec_gallery_id=4867731084&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTM5OQ&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 75 | Temu | Kingson Tools | https://www.temu.com/4-in-1-door-hinge-adjustment-kit-heavy-duty-painted-steel-wrench-with-rubber-grip-ideal-for-cabinet-doors-furniture-assembly-professional-cabinet-hinge-tool-ergonomic-grip-wrench-durable-steel-construction-hinge-kit-for-cabinet-doors-g-601100186519948.html?_oak_mp_inf=ElyT3tio1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCJq%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fa6219b960a2747098d6b193c8f287d2b-goods.jpeg&spec_gallery_id=4502280435&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjQzMQ&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 76 | Temu | LoveHomesLoveNature | https://www.temu.com/hinge--adjusting-wrench-kit-4-in-1-hinge-adjustment-tool-for-residential-and-commercial-heavy-duty-painted-steel-hinge-bender-wrench-with-rubber-grip-professional-door-hinge-adjustment-tool-get-free-gloves-g-601099840235831.html?_oak_mp_inf=ELfSzrOn1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCIq%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F80a46622-697c-4d6c-a039-3cac71fffce5.jpg&spec_gallery_id=3115653571&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTc1Ng&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |

| | | | |
|---|---|---|---|
| 77 | Temu | Lwwwww | https://www.temu.com/hinge--adjusting-wrench-kit-4-in-1-door-hinge-adjustment-tool-kit-hinge-bender-wrench-heavy-duty-painted-steel-professional-for-residential-and-commercial-door--g-601101028268768.html?_oak_mp_inf=EOC1juqr1ogBGiA2YWE0YmIxNzgzMTA0YWY3OTMxNDViMjkwNmNhZmZiNSDhztn66jI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2af8f08b9e9d4b3aaa0914f0433f95d8-goods.jpeg&spec_gallery_id=7203978664&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTlwOQ&search_key=4%20in%201%20Door%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1746698295953_zrultn9c8m&_x_sessn_id=ij09p0b65d&is_back=1&no_cache_id=d4ml5 |
| 78 | Temu | Prime Verse Select d | https://www.temu.com/door-hinge-adjustment-tool-kit-4in1-hinge--adjusting-wrench-for-door-cabinet--fits-14mm-to-25mm-hinges-g-601101535402300.html?_oak_mp_inf=ELyy99ut1ogBGiA2NTQwNWNiMDdiYTY0YzZhOTJhMmRkMzAxY2I5MzA4MSCP7qzm9zI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F18265ee5da2a4e629e0a9963e11e83ab-goods.jpeg&spec_gallery_id=202676366602&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTEzNQ&search_key=4%20in%201%20Door%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&_x_sessn_id=smoky5e5gi&refer_page_name=search_result&refer_page_id=10009_1750145382399_apxsp1fxla |
| 79 | Temu | Solvante | https://www.temu.com/door-hinge-adjustment-tool-set4-size-with-replacement-roundshinge--adjusting-wrench-durable-steel-construction-door-hinge-repair-spanner-adjustable-wrench-tool-upgrade-steel-repair-spanner-g-601101644420381.html?_oak_mp_inf=EJ2q9Y%2Bu1ogBGiA2NTQwNWNiMDdiYTY0YzZhOTJhMmRkMzAxY2I5MzA4MSCM7qzm9zI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F1a7755e029664071adb1b85435e45af6-goods.jpeg&spec_gallery_id=203222027336&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjY2MQ&search_key=4%20in%201%20Door%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&_x_sessn_id=smoky5e5gi&refer_page_name=search_result&refer_page_id=10009_1750145382399_apxsp1fxla&is_back=1 |
| 80 | Temu | TIANHUO | https://www.temu.com/hinge--adjusting-wrench-kit-4in-1-hinge-adjustment-tool-for-residential-and-commercial-heavy-duty-painted-steel-hinge-bender-wrench-with-rubber-grip-professional-door-hinge-adjustment-tool-g-601099876210745.html?_oak_mp_inf=ELmw4sSn1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCMq%2BmH4TI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Ffb52725c-25ab-483a-abf3-9c3638a6900a.jpg&spec_gallery_id=4328594335&refer_page_sn=10 |

| | | | |
|---|---|---|---|
| | | | 009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjA4OQ&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 81 | Temu | TL Lucky | https://www.temu.com/4-in-1-door-hinge-adjustment-kit-metal-hinge-bender-wrench-with-rubber-grip-professional-tool-for--adjustment-repair-ideal-for-wooden-doors-door-repair-tool-adjustable-door-hinge-metal-construction-hinge-kit-g-601100272262556.html?_oak_mp_inf=EJy7z4Gp1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCMq%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2Fbc55cd48ed9840d6a7f4a2fe9ce8820f-goods.jpeg&spec_gallery_id=5000020877&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjUxNg&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 82 | Temu | Tway Industry Limited | https://www.temu.com/upgrade-door-hinge-adjustment-tool-4in-1-hinge--adjustment-wrench-kit-with-rubber-handle-professional-door-hinge-tool-g-601099970316750.html?_oak_mp_inf=EM6T0vGn1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCKq%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F86f875a6750e45adbcad14af0b96096e-goods.jpeg&spec_gallery_id=3724599332&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjkyNw&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 83 | Temu | Vortexion Mechanics | https://www.temu.com/hinge--adjusting-wrench-kit-4-in-1-door-hinge-adjustment-tool-kit-hinge-bender-wrench-heavy-duty-painted-steel-professional-for-residential-and-commercial-door--g-601101057856817.html?_oak_mp_inf=ELGqnPir1ogBGiA2YWE0YmlxNzgzMTA0YWY3OTMxNDViMjkwNmNhZmZiNSDhztn66jI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F8578c30066d14c1dbc0862f068a79851-goods.jpeg&spec_gallery_id=7450569627&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NDc0Ng&search_key=4%20in%201%20Door%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1746698295953_zrultn9c8m&_x_sessn_id=ij09p0b65d |

| | | | |
|---|---|---|---|
| 84 | Temu | Xn Home Decoration | https://www.temu.com/4-in-1-hinge--adjusting-wrench-kit-heavy-duty-door-hinge-adjustment-tool--precision-tool-kit-for-door-and-cabinet--g-601101677254587.html?_oak_mp_inf=ELuvyZ%2Bu1ogBGiBiNjk0ZGJhMjIyM2M0ZGUzYjkzNmI3YzJjZDgyM2MyZiCtsMDl9zI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F7f025c3424874a199af42f6f8029cdf6-goods.jpeg&spec_gallery_id=203497120505&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NDg3NA&search_key=4%20in%201%20Door%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&_x_sessn_id=smoky5e5gi&refer_page_name=search_result&refer_page_id=10009_1750143580597_jece4n83kn |
| 85 | Temu | XTYWUJIN | https://www.temu.com/hinge--adjusting-wrench-kit-4-in-1-hinge-adjustment-tool-for-residential-and-commercial-heavy-duty-painted-steel-hinge-bender-wrench-with-rubber-grip-professional-door-hinge-adjustment-tool-g-601099876200172.html?_oak_mp_inf=EOzd4cSn1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCKg%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F67a732ec-f8db-48c9-b515-bae289acce05.jpg&spec_gallery_id=3686375999&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjQ1NA&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 86 | Temu | Yiqisheng Good Fortune | https://www.temu.com/1-set-hinge--adjustment-wrench-kit-4-in-1-door-hinge-repair-with-gloves-and-storage-bag-heavy-duty-door-hinge-adjusting-tool-with-rubber-grip-for-residential-and-commercial-use-g-601100362251387.html?_oak_mp_inf=EPv4w6yp1ogBGiBmMDYwMjkyOGZmNzM0MjczYTE4NWM1MTczY2UzOWM3NCCLq%2BmH4Tl%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Faf6cecfd-6fc0-48a8-aeb3-de8c827e8bd8.jpg&spec_gallery_id=5186304896&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTk5OQ&search_key=4%20in%201%20Hinge%20Adjustment%20Tool&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1744041567031_lw6b9lgzxf&_x_sessn_id=dmi45kpqty |
| 87 | Walmart | AEVXKHI | https://www.walmart.com/ip/AEVXKHI-Door-Hinge-Adjustment-Tool-Set-Heavy-Duty-Gap-Adjusting-Wrench-Precise-Tool-4-Size-Replaceable-Wrench-Head-Residential-Commercial/14911020178?classType=VARIANT&from=/search |
| 88 | Walmart | CHEMINZXY | https://www.walmart.com/ip/Grusce-4-1-Hinge-Gap-Adjusting-Tool-Kit-Rubber-Grip-Work-Gloves-Heavy-Duty-Hinge-Gap- |

| | | | |
|---|---|---|---|
| | | | Adjusting-Wrench-Set-Heavy-Duty-Door-Alignment-Tool-Residential/16028261810?classType=VARIANT&from=/search |
| 89 | Walmart | DD Electronics | https://www.walmart.com/ip/4-in-1-Hinge-Adjusting-Tool-Kit-Heavy-Duty-Steel-Door-Hinge-Bender-Wrench-for-Residential-Commercial-Use/16266313859?classType=REGULAR&from=/search |
| 90 | Walmart | fangkenuo | https://www.walmart.com/ip/Door-Hinge-Adjustment-Tool-Kit-4-Size-Precision-Tool-Set-With-Replacement-Fangkenuo/14848921829?classType=REGULAR&from=/search |
| 91 | Walmart | fengchenda | https://www.walmart.com/ip/fengchenda-Door-Hinge-Adjustment-Tool-Kit-4-Size-Precision-Tool-Set-With-Replacement/14896465637?classType=VARIANT&athbdg=L1400&from=/search |
| 92 | Walmart | Golden Python | https://www.walmart.com/sp/track?bt=1&eventST=click&plmt=sp-search-middle~desktop~&pos=1&tax=1072864_1031899&rdf=1&rd=https%3A%2F%2Fwww.walmart.com%2Fip%2F4-in-1-adjustable-hinge-tool-set-thickened-steel-door-gap-straightener-suitable-0-55-0-98in-hinges-30-seconds-repair-abnormal-noise-essential-cabinet%2F15430014195%3FclassType%3DREGULAR%26adsRedirect%3Dtrue&adUid=0f42e750-ee6c-47b5-bf19-cfef90ab707e&mloc=sp-search-middle&pltfm=desktop&pgId=4%20in%201%20Hinge%20Adjustment%20Tool&pt=search&spQs=orgzA-nQsv85OJF-HCBfOVo6cHOiHl_tDk9Il37xcLH5WS1vmQ8w6PGDKcUCic1bGz65O3uy-mQZcGAE5KexT7KwaHZ33uZ02_vwmrGgZkHZcF-GiGIHGMp9x43zkYRqyafhdVSR7pnQDyteftq9aqGpSBki4Ht403L-6emg4ClT5ZA15eiAodSrA150TRwjZwnKtgi23KnnYsfwtmBShm-nziNto-aUQZW3KKnjQ3j_QItLH1CWZ6gNJs04MXOC&storeId=3081&specificity=broad&specificityScore=0.9082457&couponState=na&bkt=ace1_default%7Cace2_11457%7Cace3_default%7Cbb_11236%7Ccoldstart_on%7Csearch_wic.online&classType=REGULAR |
| 93 | Walmart | huajuming | https://www.walmart.com/ip/Huajunming-Door-Hinge-Adjustment-Tool-Kit-4-Size-Precision-Tool-Set-With-Replacement/15031062016?classType=REGULAR&from=/search |
| 94 | Walmart | luolangdi | https://www.walmart.com/ip/Door-Hinge-Adjustment-Tool-Kit-4-Size-Precision-Tool-Set-with-Replacement/14849663188?classType=REGULAR&athbdg=L1700&from=/search |
| 95 | Walmart | MerryHanna | https://www.walmart.com/ip/4-in-1-Hinge-Adjusting-Tool-Kit-Heavy-Duty-Steel-Door-Hinge-Bender-Wrench-for-Residential-Commercial-Use/16266313859?classType=REGULAR&from=/search |
| 96 | Walmart | MS Co. Ltd | https://www.walmart.com/ip/4-in-1-Hinge-Adjusting-Tool-Kit-Heavy-Duty-Steel-Door-Hinge-Bender-Wrench-for- |

| | | | |
|---|---|---|---|
| | | | Residential-Commercial-Use/16266313859?classType=REGULAR&from=/search |
| 97 | Walmart | NestWorks coming | https://www.walmart.com/ip/TOP-Door-Hinge-Adjustment-Tool-Set-4-Size-with-Replacement-Round-Hinge-Adjusting-Wrench-Steel-Construction/15949266225?classType=REGULAR&from=/search |
| 98 | Walmart | pluokvzr | https://www.walmart.com/ip/Pluokvzr-Door-Hinge-Adjustment-Tool-Set-Precise-Heavy-Duty-Gap-Adjusting-Wrench-4-Size-Replaceable-Head-Residential-Commercial/14982809916?classType=VARIANT&from=/search |
| 99 | Walmart | Shanghangxianfenglaiye | https://www.walmart.com/ip/4-1-Door-Hinge-Adjustment-Tool-Winspeed-Hinge-Gap-Adjusting-Wrench-Kit-Heavy-Duty-Painted-Steel-Hinge-Bender-Wrench-Residential-Commercial-4-Size/16236603174?classType=REGULAR&from=/search |
| 100 | Walmart | ShiPuHuGou | https://www.walmart.com/ip/HOT-Door-Hinge-Adjustment-Tool-Set-4-Size-with-Replacement-Round-Hinge-Adjusting-Wrench-Steel-Construction/15778456271?classType=REGULAR&from=/search |
| 101 | Walmart | shujun | https://www.walmart.com/ip/Door-Hinge-Adjustment-Tool-Gap-Adjusting-Wrench-4-in-1-Professional-Tool-Set-Residential-Heavy-Duty/15176267169?classType=REGULAR&from=/search |
| 102 | Walmart | Sumeng Department Store | https://www.walmart.com/ip/Hinge-Gap-Adjusting-Wrench-Professional-4-1-Door-Hinge-Adjustment-Tool-Residential-Commercial-Heavy-Duty-Painted-Steel-Hinge-Bender-Wrench/15609672964?classType=REGULAR&from=/search |
| 103 | Walmart | uucntr | https://www.walmart.com/ip/WLPZXP-4-in-1-Door-Hinge-Gap-Adjustment-Wrench-Hand-Tool-Ergonomic-with-Rubber-Grip-for/15321207435?classType=REGULAR&athbdg=L1700&from=/search |
| 104 | Walmart | Vestiray-US | https://www.walmart.com/ip/UPGRADE-Door-Hinge-Adjustment-Tool-4-1-Hinge-Gap-Adjusting-Wrench-Kit-Residential-Commercial-Heavy-Duty-Painted-Steel-Hinge-Bender-Wrench-Rubber-Grip/15773062256?classType=REGULAR&from=/search |
| 105 | Walmart | Wangzukun | https://www.walmart.com/ip/4-in-1-Door-Hinge-Adjustment-Tool-Kit-Hinge-Wrench-Gap-Adjusting-Tool-Hinge-Hole-Adjustment-Wrench-Residential-Commercial-Use-DIY-Door-Repair-Fits-14/15801219218?classType=REGULAR&from=/search |
| 106 | Walmart | WEIFUJU | https://www.walmart.com/ip/Door-Hinge-Adjustment-Tool-Set-Precise-Heavy-Duty-Gap-Adjusting-Wrench-4-Size-Replaceable-Head-Residential-Commercial/14897709559?classType=VARIANT&from=/search |
| 107 | Walmart | zhanghaitaopp | https://www.walmart.com/ip/4-in-1-Hinge-Adjustment-Wrench-Tool-Kit-Adjustable-Hinge-Installation-Removal-Tool-Professional-Door-Hinge-Adjustment-Tool/15704057069?classType=VARIANT&from=/search |